COZEN O'CONNOR
Karl O. Riley (Nevada Bar No. 12077)
koriley@cozen.com
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: 702-470-2314
Facsimile: 702-470-2351

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Bass Underwriters, Inc., | Case No:  2:22-cv-00138-RFB-EJY |
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE THE DISPOSITIVE MOTIONS DEADLINE** |
| v. | |
| David Kono, | **(SECOND REQUEST)** |
| Defendant. | |

Plaintiff Bass Underwriters, Inc. ("Bass") and Defendant David Kono ("Kono") stipulate for a continuation, the parties' second request, of the dispositive motions deadline, and in support whereof aver as follows:

1.      On January 6, 2023, Bass moved on an emergency basis for leave to file an amended complaint to assert claims against Brooks, and to continue the discovery period.  ECF No. 35.  Kono filed his response on January 20, 2023 (ECF No. 37), and Bass filed a reply in support of its motion on January 31, 2023 (ECF No. 47).  The Court issued an Order, denying the emergency status of the motion (ECF No. 36).  This motion is currently pending before the Court.

2.      On January 24, 2023, Kono moved, on an emergency basis, for a protective order precluding the deposition of Kono's employer, Brooks Group Insurance Agency, LLC's ("Brooks") corporate representative (ECF No. 39).  Bass filed its response in opposition to this motion on February 6, 2023 (ECF No. 49), and Kono replied on February 13, 2023.  The Court issued an Order, addressing the emergency request of the motion by staying Brooks' deposition until the motion is ruled upon (ECF No. 40).  This motion is currently pending before the Court, and, as such, the deposition has not yet occurred.

COZEN O' CONNOR
3753 HOWARD HUGHES PKWY
SUITE 200
LAS VEGAS, NEVADA 89169

3.  While these motions remain pending, the March 15, 2023 deadline filing dispositive motions remains in force (ECF No. 52).

4.  Before moving the court for the requested extension, the parties wanted to wait until a week before the deadline to allow for court's resolution of the aforementioned motions. Thus, excusable neglect exists for this requested extension.

5.  The parties have conferred and, due to the several motions pending before the Court, for judicial efficiency, and the economy of the parties, the parties agree to a continuation of the dispositive motions deadline to April 15, 2023.

6.  This stipulation is for good cause, supported by excusable neglect, and is not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: March 8, 2023                                  Dated: March 8, 2023

*/s/ Karl O. Riley*                                          */s/ Travis F. Chance*
COZEN O'CONNOR                                   BROWNSTEIN HYATT FARBER
Karl O. Riley (Nevada Bar No. 12077)     SCHRECK, LLP
koriley@cozen.com                                   Travis F. Chance (Nevada Bar No. 13800)
3753 Howard Hughes Parkway, Suite 200  tchance@bhfs.com
Las Vegas, NV 89169                            100 North City Parkway, Suite 1600
Telephone: 702-470-2314                        Las Vegas, NV  89106
Facsimile: 702-470-2351                        Telephone: 702-382-2101
                                                          Facsimile: 702-382-8135

                                            **ORDER**

For good cause appearing,

**IT IS SO ORDERED.**                    _____
                                                          RICHARD F. BOULWARE, II
                                                          UNITED STATES DISTRICT JUDGE

                                                          DATED this 9th day of March, 2023.

Dated: _____

COZEN O' CONNOR
3753 HOWARD HUGHES PKWY
SUITE 200
LAS VEGAS, NEVADA 89169