**ZUMPANO PATRICIOS POPOK HELSTEN, PLLC**
MICHAEL S. POPOK, ESQ.
*Pro Hac Vice Application Forthcoming*
(Admitted *Pro Hac Vice*)
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
Telephone: (702) 583-3326
Email: abrookhyser@zplaw.com

Counsel for Defendant,
DAVID KONO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BASS UNDERWRITERS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAVID KONO<br><br>Defendant. | Case No. 2:22-cv-00138-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE**<br><br>**(FOURTH REQUEST)** |

Defendant David Kono ("Kono") and Plaintiff Bass Underwriters, Inc. ("Bass") stipulate for a continuation, the parties' fourth request of the dispositive motions deadline, and in support of whereof aver as follows:

1. On January 6, 2023, Bass moved on an emergency basis for leave to file an amended complaint to assert claims against Brooks, and to continue the discovery period. (ECF No. 35) Kono filed his response on January 20, 2023 (ECF No. 37). The Court issued an Order, denying the emergency status of the motion (ECF No. 36). This motion is currently pending before the Court.

2. On January 24, 2023, Kono moved, on an emergency basis, for a protective order precluding the deposition of Kono's employer, Brooks Group Insurance Agency,

1

1  LLC's ("Brooks") corporate representative (ECF No. 39). Bass filed its response in
2  opposition to this motion on February 6, 2023 (ECF No. 49), and Kono replied on
3  February 13, 2023. The Court issued an Order, addressing the emergency request of
4  the motion by staying Brooks' deposition until the motion is ruled upon (ECF No. 40).
5  This motion is currently pending before the Court, and, as such, the deposition has
6  not yet occurred.

7  3.   While these motions remain pending, the May 15, 2023 deadline for filing
8  dispositive motions remains in force (ECF No. 54).

9  4.   On April 19, 2023, Kono filed a Stipulation and Order of Substitution of
10 Counsel (ECF No. 57).  The Stipulation and Order of Substitution of Counsel is
11 currently pending with the Court.

12 5.   The parties have conferred and, due to the several motions pending before the
13 Court, and newly substituted counsel now representing Defendant Kono, the parties
14 have agreed to a continuation of the dispositive motions deadline to July 17~~5~~, 2023.

27 ///
28 ///

6. This stipulation is for good cause, and is not for the purposes of delay or prejudice to any party, but in light of newly substituted counsel.

Dated this 21st day of April 2023.                    Dated this 21st day of April 2023.

ZUMPANO PATRICIOS                                    COZEN O'CONNOR
POPOK & HELSTEN, PLLC

/s/ Amanda J. Brookhyser                              /s/ Karl O. Riley
MICHAEL S. POPOK                                      KARL O. Riley, Esq.
*Pro Hac Vice Application Forthcoming*                Nevada Bar No. 12077
AMANDA J. BROOKHYSER                                  3753 Howard Hughes Pkwy, Ste. 200
Nevada Bar No. 11526                                  Las Vegas, NV 89169
1210 S. Valley View Blvd., Suite 215                  Telephone: 702-740-2314
Las Vegas, NV 89102                                   Email: koriley@cozen.com
Counsel for Defendant                                 Counsel for Plaintiff
David Kono                                            Bass Underwriters, Inc.

## ORDER

IT IS SO ORDERED.

DATED this 21st day of April, 2023.

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE