KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
MONIQUE S. JAMMER, ESQ., Nevada Bar No. 15420
mjammer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BASS UNDERWRITERS, INC., | CASE NO. 2:22-cv-00138-RFB-EJY |
| *Plaintiff,* | |
| v. | **MOTION FOR REMOVAL FROM THE CM/ECF SERVICE LIST AND ~~PROPOSED~~ ORDER GRANTING MOTION** |
| DAVID KONO, | |
| *Defendant.* | |

Kirk B. Lenhard, Esq., Travis F. Chance, Esq., and Monique S. Jammer, Esq., of the law firm Brownstein Hyatt Farber Schreck, LLP ("BHFS"), hereby move this Court to remove them from the CM/ECF Service List for this case (the "Motion").

A Stipulation and Order for Substitution of Counsel was filed in this matter on April 19, 2023 (ECF #57).  Amanda J. Brookhyser, Esq., of the law firm Zumpano Patricios Popok Helsten, PLLC has substituted in as counsel of record for Defendant David Kono in the place and stead of BHFS.

. . .

. . .

. . .

. . .

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

25651786

Accordingly, BHFS respectfully requests that this Motion be granted and that Kirk B. Lenhard, Esq., Travis F. Chance, Esq., and Monique S. Jammer, Esq., be removed from the CM/ECF Service List for this action.

DATED May 11, 2023.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Travis F. Chance*
KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
MONIQUE S. JAMMER, ESQ., Nevada Bar No. 15420

## **ORDER**

Good cause appearing, it is hereby ordered that Kirk B. Lenhard, Esq., Travis F. Chance, Esq., and Monique S. Jammer, Esq., of the law firm Brownstein Hyatt Farber Schreck, LLP, be removed from the CM/ECF Service List for this action.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2023
_____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

25651786

- 2 -