IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Bass Underwriters, Inc.;<br><br>　　　　　　Plaintiff,<br>v.<br><br>David Kono, Brooks Group Insurance Agency, LLC,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-00138-RFB-EJY<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (First Request)** |

On January 19, 2024, Plaintiff ("Bass Underwriters") filed its Motion to Compel Defendant's Responses to Interrogatories and Requests for Production of Documents (ECF No. 109). On January 25, 2024, the Parties conferred and agreed on an extension of time to file Defendant David Kono's Response. As a result of these efforts, the Parties hereby stipulate to the following:

1. The Parties, pursuant to LR IA 6-1, stipulate extending the deadline for Defendant David Kono, to respond to Plaintiff's Motion to Compel Defendant's Responses to Interrogatories and Requests for Production of Documents to February 9, 2024.

2. The Parties, pursuant to LR IA 6-1, stipulate extending the deadline for Plaintiff, to Reply in Support of its Motion to Compel Defendant's Responses to Interrogatories and Requests for Production of Documents to February 23, 2024.

**IT IS SO STIPULATED**

1

Dated this 30th day of January 2024.

COZEN O'CONNOR

/s/ Karl O. Riley
Karl O. Riley
Nevada Bar No. 12077
500 N. Rainbow Blvd, Suite 300
Las Vegas, NV 89107
Telephone: (702) 470-2330
KOriley@cozen.com

*Attorneys Plaintiff Bass Underwriters, Inc.*

Dated this 30th day of January 2024.

ZUMPANO PATRICIOS POPOK & HELSTEN

/s/ Amanda Brookhyser
Amanda J. Brookhyser
Nevada Bar No. 11526
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
ABrookhyser@zplaw.com

*Attorneys for Defendant David Kono*

**ORDER**

IT IS SO ORDERED.

DATED this 31st day of January, 2024

_____
UNITED STATES MAGISTRATE JUDGE

2