DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JPenniman@BaileyKennedy.com

*Attorneys for Defendant*
BROOKS GROUP INSURANCE
AGENCY, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BASS UNDERWRITERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID KONO, BROOKS GROUP INSURANCE AGENCY, LLC, <br><br> Defendants. | Case No.  2:22-cv-00138-RFB-EJY |

## **STIPULATION TO CONTINUE MEDIATION**

Defendants Brooks Insurance Agency, LLC ("Brooks"), David Kono ("Kono"), and Plaintiff Bass Underwriters, Inc. ("Bass"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On June 7, 2024, Plaintiff Bass and Defendant Brooks submitted a Joint Motion to Extend Discovery Deadlines [ECF No. 126].

2. On or around June 24, 2024, Magistrate Judge Youchah ordered the Parties to conduct a mediation on July 18, 2024, and for Bass and Brooks to file a status report regarding discovery on or before August 15, 2024.

3. On July 16, 2024, local counsel, Ropers Majeski, and national counsel, ArentFox Schiff, for Brooks filed a Motion to Withdraw as Counsel for Brooks and Continue Mediation [ECF

1  No. 130].

2  4. Also, on July 16, 2024, the Parties filed a Joint Stipulation to Continue Mediation
3  [ECF No. 132] to allow Brooks to find new counsel and allow sufficient time for Brooks's new
4  counsel to prepare for mediation.

5  5. On July 17, 2024, Magistrate Judge Youchah granted the Parties' Joint Stipulation to
6  Continue Mediation and ordered the Parties to conduct a mediation no later than September 20,
7  2024, and for the Parties to file a status report regarding discovery on or before September 30, 2024.

8  6. On July 19, 2024, the Court entered its Order [ECF No. 136] granting Brooks'
9  Unopposed Motion to Withdraw as Counsel.

10  7. Despite its diligent efforts, Brooks was unable to retain new counsel until September.

11  8. On September 9, 2024, newly retained counsel for Brooks, the law firm of
12  Bailey❖Kennedy, filed its Notice of Appearance [ECF No. 139].

13  9. Brooks is still in the process of coordinating the transfer of its file to
14  Bailey❖Kennedy, which—to Bailey Kennedy's understanding—contains hundreds of thousands of
15  documents.

16  10. In recognition of the substantial amount of time and effort that will be expended by
17  Bailey❖Kennedy in preparation of mediation, 11 days was not a feasible amount of time to allow
18  Brooks to prepare for mediation in order to conduct a meaningful mediation.  Further, it was difficult
19  to engage a mediator to preside in such a short window of time.  As such, the Parties began joint
20  discussion of dates for mediation that would take place after September 20, 2024.

21  11. To accommodate the schedules of all the Parties and allow Bailey❖Kennedy
22  adequate opportunity to get up to speed, an in-person mediation is scheduled to take place on
23  October 21, 2024, before Kristine Kuzemka, Esq.

24  12. This stipulation is submitted in good faith and not to delay the proceedings.

25  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among
26  the undersigned counsel of record for the parties herein that:

27  The in-person mediation, currently ordered to have taken place by September 20, 2024, is
28  continued, to be conducted on **October 21, 2024**; and

1  The time for the Parties to file a status report regarding discovery, currently scheduled for on or before September 30, 2024, is continued to on or before **October 31, 2024**.

DATED this 20th day of September, 2024.

**COZEN O'CONNOR**

By: */s/ Karl O. Riley*
    KARL O. RILEY

*Attorneys for Plaintiff*
BASS UNDERWRITERS, INC.

DATED this 20th day of September, 2024.

**BAILEY✦KENNEDY**

By: */s/ Jarod B. Penniman*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JAROD B. PENNIMAN

*Attorneys for Defendant*
BROOKS GROUP INSURANCE AGENCY, LLC

DATED this 20th day of September, 2024.

**ZUMPANO PATRICIOS POPOK & HELSTEN**

By: */s/ Amanda Brookhyser*
    AMANDA BROOKHYSER

*Attorneys for Defendant*
David Kono

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: September 23, 2024