DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY✧KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JPenniman@BaileyKennedy.com

*Attorneys for Defendant*
BROOKS GROUP INSURANCE
AGENCY, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BASS UNDERWRITERS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID KONO, BROOKS GROUP INSURANCE AGENCY, LLC,<br><br>        Defendants. | Case No.  2:22-cv-00138-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(Fifth Request)** |

  Defendants Brooks Insurance Agency, LLC ("Brooks"), David Kono ("Kono"), and Plaintiff Bass Underwriters, Inc. ("Bass") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

  1.  On June 7, 2024, Plaintiff Bass and Defendant Brooks submitted a Joint Motion to Extend Discovery Deadlines [ECF No. 126].

  2.  On or around June 24, 2024, Magistrate Judge Youchah ordered the Parties to conduct a mediation on July 18, 2024, and for Bass and Brooks to file a status report regarding discovery on or before August 15, 2024.

  3.  The Parties understood that the requested status report would outline what additional discovery would be needed if the mediation were unsuccessful.

/ / /

4. On July 16, 2024, local counsel, Ropers Majeski, and national counsel, ArentFox Schiff, for Brooks filed a Motion to Withdraw as Counsel for Brooks and Continue Mediation [ECF No. 130].

5. Also, on July 16, 2024, the Parties filed a Joint Stipulation to Continue Mediation [ECF No. 132] to allow Brooks to find new counsel and allow sufficient time for Brooks' new counsel to prepare for mediation.

6. On July 17, 2024, Magistrate Judge Youchah granted the Parties' Joint Stipulation to Continue Mediation and ordered the Parties to conduct a mediation no later than September 20, 2024, and for the Parties to file a status report regarding discovery on or before September 30, 2024. Once again, the Parties understood that the requested status report would outline what additional discovery would be needed if the mediation were unsuccessful.

7. On July 19, 2024, the Court entered its Order [ECF No. 136] granting Brooks' Unopposed Motion to Withdraw as Counsel.

8. Despite its diligent efforts, Brooks was unable to retain new counsel until September.

9. On September 9, 2024, newly retained counsel for Brooks, the law firm of Bailey❖Kennedy, filed its Notice of Appearance [ECF No. 139].

10. On September 23, 2024, Magistrate Judge Youchah granted the Parties' Joint Stipulation to Continue Mediation and ordered the Parties to conduct mediation on October 21, 2024, and for the Parties to file a status report regarding discovery on or before October 31, 2024 [ECF No. 142].

11. Brooks is still in the process of coordinating the transfer of its file to Bailey❖Kennedy, which—to Bailey❖Kennedy's understanding—contains hundreds of thousands of documents.

12. As a result of Brooks' efforts to find new counsel and the Parties' attempt to conduct mediation, additional time to conduct discovery will be necessary if the mediation is unsuccessful. Thus, the Parties have agreed to a continuation of the discovery and other deadlines, as set forth below:

///

| Name of Deadline | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Discovery Cut-Off | Previously was September 5, 2024, however, the Court recently set the discovery status report for October 31, 2024 | January 17, 2025 |
| Dispositive Motions | October 28, 2024 | February 14, 2025 |
| Joint Pretrial Order | November 28, 2024 | April 2, 2025 |

13.   This stipulation is submitted in good faith and not to delay the proceedings.

DATED this 8th day of November, 2024.　　　DATED this 8th day of November, 2024.

**COZEN O'CONNOR**　　　　　　　　　　**BAILEY❖KENNEDY**

By: */s/ Karl O. Riley*　　　　　　　　By: */s/Jarod B. Penniman*
　　KARL O. RILEY　　　　　　　　　　　DENNIS L. KENNEDY
　　　　　　　　　　　　　　　　　　　　JOSEPH A. LIEBMAN
　　　　　　　　　　　　　　　　　　　　JAROD B. PENNIMAN

*Attorneys for Plaintiff*　　　　　　　*Attorneys for Defendant*
BASS UNDERWRITERS, INC.　　　　　　　BROOKS GROUP INSURANCE
　　　　　　　　　　　　　　　　　　　AGENCY, LLC

　　　　　　　　　　　　　　　　　　　DATED this 8th day of November, 2024.

　　　　　　　　　　　　　　　　　　　**ZUMPANO PATRICIOS POPOK & HELSTEN**

　　　　　　　　　　　　　　　　　　　By: */s/ Amanda J. Brookhyser*
　　　　　　　　　　　　　　　　　　　　　AMANDA J. BROOKHYSER

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　DAVID KONO

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: November 8, 2024

Page **3** of **3**