**ZUMPANO PATRICIOS & HELSTEN, PLLC**
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
Telephone: (702) 583-3326
Email: abrookhyser@zplaw.com
*Counsel for Defendant,*
*David Kono*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BASS UNDERWRITERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID KONO, BROOKS GROUP INSURANCE AGENCY, LLC, <br><br> Defendants. | Case No. 2:22-cv-00138-RFB-EJY <br><br> **STIPLUATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER (FIRST REQUEST)** |

Defendants Brooks Group Insurance Agency, LLC ("Brooks") and David Kono ("Kono") and Plaintiff Bass Underwriters, Inc. ("Bass") (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit this Stipulation to extend the deadline to file the Joint Pretrial Order from August 18, 2025 to September 15, 2025.

The parties' deadline to file the Joint Pretrial Order is currently August 18, 2025. The parties stipulate to extend the deadline for this filing until thirty (30) days after the Court rules on any dispositive motions that are filed. In the event that no dispositive motions are filed, the parties stipulate to extend the deadline for this filing until thirty (30) days after the dispositive motion deadline.

The stipulation is necessary and in good faith. On June 9, 2025 the parties stipulated to take Bass Underwriter's Fed. R. Civ. P. 30(B)(6) deposition outside the close of discovery and extend the dispositive motion deadline to September 15, 2025. The parties stipulate that the deadline for the Joint Pretrial Order should have been extended in a previous stipulation and should

1

be extended to a time after dispositive motions have been fully briefed. In order to ensure that the proposed Joint Pretrial Order is complete, accurate and useful to the Court, the parties require additional time after the completion of dispositive motion briefing to work cooperatively to finalize the filing. This extension will facilitate a more thorough and efficient presentation of the issues for trial. Therefore, there is good cause.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 8th day of August, 2025.

**COZEN O'CONNOR**

By: /s/ Frank A. Toddre
    FRANK A. TODDRE, II

*Attorneys for Plaintiff*
BASS UNDERWRITERS, INC.

DATED this 8th day of August, 2025.

**BAILEY❖KENNEDY**

By: /s/ Jarod B. Penniman
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JAROD B. PENNIMAN

*Attorneys for Defendant*
BROOKS GROUP INSURANCE AGENCY, LLC

DATED this 8th day of August, 2025.

**ZUMPANO PATRICIOS & HELSTEN**

By: /s/ Amanda J. Brookhyser
    AMANDA J. BROOKHYSER

*Attorneys for Defendant*
DAVID KONO

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE: August 8, 2025

2