1 **ZUMPANO PATRICIOS & HELSTEN, PLLC**
DANIELLE R. JIMENEZ, ESQ.
2 Nevada Bar No. 16717
1210 S. Valley View Blvd., Suite 215
3 Las Vegas, Nevada 89102
4 Telephone: (702) 583-3326
Email: djimenez@zplaw.com
5 *Counsel for Defendant,*
*David Kono*
6

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BASS UNDERWRITERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID KONO, BROOKS GROUP INSURANCE AGENCY, LLC, <br><br> Defendants. | Case No. 2:22-cv-00138-RFB-EJY <br><br> **STIPULATION AND ORDER TO CONTINUE THE MOTION TO STAY [DKT. NO. 165] HEARING SCHEDULED FOR JANUARY 6, 2025.** |

Defendants Brooks Group Insurance Agency, LLC ("Brooks") and David Kono ("Kono") and Plaintiff Bass Underwriters, Inc. ("Bass") (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit this Stipulation to continue the Motion to Stay hearing scheduled by the Court for January 6, 2026, at 1:00 PM PST. The parties additionally stipulate to extend the deadline for the Dispositive Motion Reply brief(s) originally stipulated for January 5, 2026. The parties stipulate that the new deadline for the Dispositive Motion Reply brief(s) will be **January 9, 2025.**

The Court scheduled the Plaintiff's Motion to Stay (Dkt. No. 165) to be heard on January 6, 2026, by way of Minute Order. The parties stipulate to continue this hearing to the Court's next available date after January 16, 2026.

The stipulation is necessary and in good faith. The parties stipulate to continue the hearing because current counsel, Ms. Jimenez, for Defendant David Kono will be departing the law firm effective January 2, 2026. The firm's incoming attorney is not scheduled to begin employment

1

until January 16, 2026. A continuance is therefore necessary to allow substitute counsel sufficient time to be fully briefed on the matter and to adequately prepare for the hearing. Accordingly, the parties request that the hearing be set for a date after January 16, 2026. Therefore, there is good cause.

Per LR 7-2 the time to the deadline to file and serve any reply in support of the motion is 14 days after service of the response. The parties previously stipulated to extend this deadline from Monday December 29, 2025 to Monday January 5, 2026. Given the aforementioned changes, the parties agree the reply brief time will be extended four days to from **Monday January 5, 2026** until **Friday January 9, 2026.**

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 19th day of December, 2025.

**COZEN O'CONNOR**

By: /s/ Frank A. Toddre
    FRANK A. TODDRE, II

*Attorneys for Plaintiff*
BASS UNDERWRITERS, INC.

DATED this 19th day of December, 2025.

**BAILEY❖KENNEDY**

By: /s/ Jarod B. Penniman
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JAROD B. PENNIMAN

*Attorneys for Defendant*
BROOKS GROUP INSURANCE AGENCY, LLC

DATED this 19th day of December, 2025.

**ZUMPANO PATRICIOS & HELSTEN**

By: /s/ Danielle R. Jimenez
    DANIELLE R. JIMENEZ

*Attorneys for Defendant*
DAVID KONO

**IT IS SO ORDERED this 19th day of December, 2025.**

_____
UNITED STATES MAGISTRATE JUDGE

2