Frank A. Toddre II, Esq.
**COZEN O'CONNOR**
1180 North Tower Center Dr., Suite 260
Las Vegas, NV 89144
Telephone: 702.470.2330
Facsimile: 702.470.2370
Email: ftoddre@cozen.com
*Attorneys for Plaintiff*
*Bass Underwriters, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| BASS UNDERWRITERS, INC., | Case No.: 2:22-cv-00138-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING RE: PLAINTIFF'S STATUS REPORT AND ERRATA** |
| vs. | |
| DAVID KONO; BROOKS GROUP INSURANCE AGENCY, LLC. | |
| Defendants. | |

Plaintiff Bass Underwriters, Inc. ("Bass") and Defendant Brooks Insurance Agency, LLC ("Brooks"), (collectively, the "Parties"), by and through their respective attorneys of record, hereby agree, stipulate, and respectfully request that the Court continue the Hearing, currently set for March 25, 2026 at 2:00 p.m. by at least three business days to the next available date for the court. The parties jointly request this extension based upon good cause and not for any improper purpose. Counsel for Plaintiff Bass Underwriters will be on medical leave until March 27, 2026. By permitting this brief extension both parties will have in person counsel for the hearing.

///

LEGAL\113771453\1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 4th day of March, 2026.          DATED this 4th day of March, 2026.

**COZEN O'CONNOR**                          **BAILEY❖KENNEDY**

By: */s/ Frank A. Toddre, II*               By: */s/Jarod B. Penniman*
      FRANK A. TODDRE, II                          DENNIS L. KENNEDY
                                                   JOSEPH A. LIEBMAN
                                                   JAROD B. PENNIMAN

*Attorneys for Plaintiff*                   *Attorneys for Defendant*
BASS UNDERWRITERS, INC.                     BROOKS GROUP INSURANCE
                                            AGENCY, LLC

DATED this 4th  day of March, 2026.

**ZUMPANO PATRICIOS & HELSTEN**

By: */s/Bradley R. Helsten*
      BRADLEY R. HELSTEN

*Attorneys for Defendant*
DAVID KONO

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the hearing set for March 25, 2026 at 2:00 p.m. is vacated and rescheduled to March 31, 2026 at 2:30 p.m. in LV Courtroom 3D.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 5, 2026

2

LEGAL\113771453\1