ZUMPANO PATRICIOS & HELSTEN

**ZUMPANO PATRICIOS & HELSTEN, PLLC**
BRADLEY R. HELSTEN, ESQ.
Nevada Bar No. 4146
6655 S. Eastern Ave. Ste. 205
Las Vegas, Nevada 89119
Telephone: (702) 583-3326
Email: bhelsten@zplaw.com
*Counsel for Defendant,*
*David Kono*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BASS UNDERWRITERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID KONO, BROOKS GROUP INSURANCE AGENCY, LLC.<br><br>Defendants. | Case No. 2:22-cv-00138-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |

Plaintiff Bass Underwriters, Inc., Defendant David Kono, and Defendant Brooks Group Insurance Agency, LLC (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

1. On September 30, 2026, the Court entered an Order requiring the Parties to file a proposed joint pretrial order by October 30, 2026.

2. On October 8, 2026, the Court entered a Minute Order directing counsel for Defendant David Kono to meet and confer with opposing counsel regarding a stipulated extension of the deadline to file the joint pretrial order based on Mr. Kono's need to obtain replacement counsel.

3. In compliance with the Court's October 8, 2026 Minute Order, counsel met and conferred regarding an extension of the deadline to file the joint pretrial order.

4. Following that meet and confer, the Parties have agreed to extend the deadline to file the joint pretrial order by thirty-eight (38) days, from October 30, 2026, through December 7, 2026.

5. The requested extension will provide Defendant David Kono a reasonable opportunity to retain replacement counsel in light of Zumpano Patricios & Helsten, PLLC's requested withdrawal from its representation of Mr. Kono.

6. The requested extension is made in good faith, is not intended to cause unnecessary delay, and is jointly stipulated to by all Parties.

7. Accordingly, the Parties respectfully request that the Court approve this Stipulation and

ZUMPANO PATRICIOS & HELSTEN

8. extend the deadline to file the joint pretrial order through and including December 7, 2026.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

Dated this 15th day of October, 2026.

**ZUMPANO PATRICIOS & HELSTEN, PLLC**

By: *_/s/ Bradley R. Helsten_*
Bradley R. Helsten, Esq.
6655 S. Eastern Ave., Ste. 205
Las Vegas, NV 89119
Email: bhelsten@zplaw.com
*Counsel for Defendant David Kono*

Dated this 15th day of October, 2026.

**COZEN O'CONNOR**

By: *_/s/ Greg Hudson_*
Greg Hudson, Esq.
1221 McKinney St., Ste. 2900
Houston, TX 77010
*Counsel for Plaintiff Bass Underwriters, Inc.*

Dated this 15th day of October, 2026.

**BAILEY KENNEDY, LLP**

By: *_/s/ Jarod B. Penniman_*
Jarod B. Penniman, Esq.
8984 Spanish Ridge Ave.
Las Vegas, NV 89148
*Counsel for Defendant Brooks Group Insurance Agency, LLC*

**IT IS SO ORDERED.**

Dated this 15th day of October, 2026.

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE



ZUMPANO PATRICIOS & HELSTEN